# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160881

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ALLSTATE INSURANCE COMPANY,
    Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
    Defendant-Appellant.

SC: 160881
COA: 347155
Wayne CC: 15-015944-NF

_____/

    On order of the Court, the application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

t1116